UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TIM TYNAN, an individual doing business as TNTYNAN PERFORMARNCE ENGINEERING, a California Business entity,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLEN PERRY, an individual,<br><br>        Defendant. | No.  2:21-cv-00963 WBS CKD<br><br>ORDER |

----oo0oo----

Pursuant to the parties' agreement at the January 31, 2022 status conference, plaintiff will be allowed to take the deposition of defendant Allen Perry prior to responding to defendant's Motion for Summary Judgment. (Docket No. 21.) The parties agree that defendant's deposition may consist of all issues related to this matter. Defendant's deposition is to be conducted remotely, last no longer than four (4) hours, and be completed within fourteen (14) days of this order.

1

Oral argument for defendant's Motion for Summary Judgment will remain noticed for March 21, 2022 and the parties shall follow the court's usual briefing schedule. <u>See</u> Local Rule 230.

Pursuant to the parties' agreement, the court hereby re-sets oral argument for defendant's Motion for Sanctions (Docket No. 23) for August 8, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   January 31, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE