**MENHENNET LAW APC**
Janine R. Menhennet, Bar #163501
Michael W. Jacobs, Bar #174885
5580 La Jolla Blvd., #102
La Jolla, California 92037
Telephone: (858)583-6972
jmenhennetlaw@gmail.com
mjacobs12@gmail.com

Attorneys for Plaintiff Tim Tynan dba TNTynan Performance Engineering

Melody A. Kramer, SBN 169984
Kramer Law Office, Inc.
4010 Sorrento Valley Blvd, Ste. 400
San Diego, CA 92121
(855) 835-5520
kramerlawinc@gmail.com

Attorneys for Defendant
Allen Perry

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM TYNAN, an individual doing business as TnTynan PERFORMANCE ENGINEERING, a California business entity,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLEN PERRY, an individual,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00963-WBS-CKD<br><br>JOINT MOTION AND ORDER TO DISMISS |

Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure Plaintiff Tim Tynan ("Plaintiff") and Defendant Allen Perry ("Defendant") hereby jointly move for the dismissal of this action in its entirety with prejudice, including all of Plaintiff's claims against Defendant with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction over the parties to enforce any disputes arising from the parties' written confidential agreement resolving this matter.

Dated: March 25, 2022                    MENHENNET LAW APC

                                         */s/ Michael W. Jacobs*
                                         Michael W. Jacobs
                                         Counsel for plaintiff Tim Tynan

Dated: March 25, 2022                    Kramer Law Office, Inc.

                                         */s/ Melody A. Kramer*
                                         Melody Kramer
                                         Counsel for defendant Allen Perry

# ORDER GRANTING JOINT MOTION FOR DISMISSAL

Pursuant to the Joint Motion to Dismiss filed by the parties and good cause appearing therefore, the Court orders as follows: This entire action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). IT IS SO ORDERED.

Dated:  March 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE